## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **FRANCISCA ANDERSON,** Plaintiff, | * | CIVIL ACTION |
| | * | NO. |
| VERSUS | * | SECTION: " " ( ) |
| **GEOVERA ADVANTAGE INSURANCE SERVICES, INC.,** Defendant. | * | |
| | * | |

\*     \*     \*     \*     \*     \*     \*

## NOTICE OF REMOVAL

Defendant, GeoVera Specialty Insurance Company ("GeoVera Specialty"), files this Notice of Removal of the instant proceeding from the 24th Judicial District Court for the Parish of Jefferson, State of Louisiana, to the United States District Court for the Eastern District of Louisiana.

1.

On August 4, 2022, plaintiff filed a "Petition for Damages" in the 24th Judicial District Court for the Parish of Jefferson, State of Louisiana, in the matter entitled *"Francisca Anderson v. GeoVera Advantage Insurance Services, Inc.*, No. 831-213 "G." GeoVera Advantage did not issue an insurance policy to plaintiff. Therefore, on November 22, 2022, GeoVera Advantage filed a Peremptory Exception of No Right of Action. The exception was never heard because plaintiff's counsel agreed to amend the lawsuit to assert claims against GeoVera Specialty Insurance Company, who issued an insurance policy to plaintiff. On December 7, 2022, plaintiff filed an "Unopposed Motion for Leave to File Amended Petition for Damages." The Amended Petition names GeoVera Specialty as the defendant, but the Amended Petition was not served because plaintiff included

00782596.WPD;1

incorrect service information in the service request: The Commission of Insurance is not GeoVera Specialty's agent for service of process. Nonetheless, GeoVera Specialty waived service of process by filing an Answer on July 13, 2023. On July 14, 2023, Geovera Specialty received notice from the Louisiana Secretary of State that GeoVera Specialty had been served on July 11, 2023. Therefore, this Notice of Removal is timely under the provisions of 28 U.S.C. § 1446. In addition, on January 25, 2022, plaintiff's public adjuster, Lakes & Rain Consultants, provided the following replacement cost damage estimates: Dwelling - $222,921.61 and Other Structures - $11,834.12. GeoVera Specialty has made payments in the amount of $60,544.90. Therefore, the amount in controversy is in excess of $75,000, exclusive of interest and costs.

2.

Plaintiff is being provided with written notice of the filing of this Notice of Removal, and a copy of this Notice of Removal is being filed with the Clerk of Court for the 24th Judicial District Court for the Parish of Jefferson, State of Louisiana.

3.

At all times pertinent hereto, plaintiff was and is a Louisiana resident domiciled in Covington, Louisiana.

4.

At all times pertinent hereto, defendant GeoVera Specialty was and is a corporation incorporated in the State of Delaware with its principal place of business located in the State of California.

5.

This civil action is a matter over which this court has original jurisdiction by virtue of 28 U.S.C. § 1332 and which may be removed to this court by virtue of 28 U.S.C. § 1441 because plaintiff's claims involve an amount in controversy exceeding the sum of $75,000, exclusive of interest and costs, and is between citizens of different states.

7.

Venue is proper in this district pursuant to 28 U.S.C. § 1391.

**WHEREFORE**, defendant, GeoVera Specialty Insurance Company, respectfully requests that this court remove this action from the 24th Judicial District Court for the Parish of Jefferson, State of Louisiana, to the United States District Court for the Eastern District of Louisiana.

**Respectfully submitted,**

**LOWE STEIN, LLC**

 */s/ Max J. Cohen*
**MAX J. COHEN, T.A. (17515)**
**MELANIE C. LOCKETT (30601)**
**701 Poydras Street, Suite 3600**
**New Orleans, Louisiana 70139-7735**
**(504) 581-2450**
**(504) 581-2461 (Fax)**
**mcohen@lowestein.com**
**mlockett@lowestein.com**
**Attorneys for GeoVera Specialty Insurance Company**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing pleading has been served on all counsel of record to this proceeding accepting service electronically via the CM/ECF or by hand delivery, fax, Federal Express, Email, or U.S. Mail, postage prepaid and properly addressed to those who are not, on this 17th day July, 2023.

 /s/ Max J. Cohen
**MAX J. COHEN**
