# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **FRANCISCA ANDERSON,** *Plaintiff*, **VERSUS** **GEOVERA ADVANTAGE INSURANCE SERVICES, INC.,** *Defendant.* | **CIVIL ACTION** **NO. 23-cv-02540** **JUDGE JAY C. ZAINEY** **MAG. JUDGE JANIS VAN MEERVELD** |

## ORDER

The foregoing Joint Motion for Judgment of Dismissal with Prejudice considered:

**IT IS ORDERED** that the above-captioned matter is dismissed, with prejudice, with each party to bear its own costs.

5/8/24

_____
UNITED STATES DISTRICT COURT JUDGE